well. W. C. Rosenberg, of New York City, for appellant. J. I. Berman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEVY v. CONWAY et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Ephraim B. Levy against Sarah E. Conway and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

LOCOMOBILE CO. OF AMERICA v. NICHOLS. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by the Locomobile Company of America against Edwin Nichols. No opinion. Application denied, without costs, as unnecessary. See, also, 151 N. Y. Supp. 1010, 1127.

LOCOMOBILE CO. v. NICHOLS. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by the Locomobile Company against Edwin Nichols. No opinion. Motion for leave to amend notice of appeals denied, without costs, as unnecessary. See, also, 151 N. Y. Supp. 1010, 1127.

LONDON FINANCE CO., Appellant, v. SHATTUCK, Respondent. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the London Finance Company against John L. Shattuck. L. B. Williams, of New York City, for appellant. H. B. Lewis, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LONDON FINANCE CO., Appellant, v. TURNER, Respondent. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the London Finance Company against Lyman Turner. L. B. Williams, of New York City, for appellant. H. B. Lewis, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LONGCOY, Respondent, v. HABERLE CRYSTAL SPRINGS BREWING CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by H. Seymour Longcoy against the Haberle Crystal Springs Brewing Company, impleaded with others. No opinion. Judgment affirmed, with costs.

LO RE, Respondent, v. FEDERMAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Vincent Lo Re against Philip Federman and Carl Rieger. No opinion. Judgment affirmed, with costs.

LUTHER et al. v. VILLAGE OF BATAVIA. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Mary Luther and another, as executors, etc., against the Village of Batavia. No opinion.

Order entered, substituting George W. Watson as attorney for plaintiff, upon stipulation filed.

LYNCH, Respondent, v. LARKIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Frederick Lynch against Hubert Larkin, as sole surviving partner, etc. No opinion. Motion for leave to appeal (from 150 N. Y. Supp. 1094) to Court of Appeals denied, with $10 costs.

McAULEY, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by John M. McAuley against Percy Jackson, as trustee, etc. No opinion. Motion for reargument denied, with $10 costs.

McAULIFF et al., Appellants, v. DAVIS, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Elizabeth McAuliff and others, infants, by Elizabeth McAuliff, their guardian ad litem, against Charles Davis. No opinion. Judgment and order unanimously affirmed, with costs.

McAULIFFE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Timothy McAuliffe against the New York Central & Hudson River Railroad Company. No opinion. Motion granted, without costs. See, also, 150 N. Y. Supp. 512.

McCADDON v. CENTRAL TRUST CO. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Joseph T. McCaddon against the Central Trust Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 646.

McCALMONT, Respondent, v. FARSON et al., Appellants. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Elouthera D. McCalmont, as executrix, etc., against William Farson and others. Alfred Gregory, of New York City, for appellants. R. H. Abbot, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

McCOOL, Respondent, v. LIND, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 5, 1915.) Action by Edward H. McCool against John E. Lind, impleaded. O. D. Parker, of New York City, for appellant. W. F. Wund, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McCOTTER v. STOUT et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by William S. Mc-